AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF R.I.

USA

v.

Manuel Bullock

## APPEARANCE

Case Number: 1:06-M-28M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Mr. Bullock

I certify that I am admitted to practice in this court.

3-14-06

Date

Signature

K. FitzGerald 5775

Print Name Bar Number

10 Weybossett Street, Suite 300

Address

Providence RI 02903

City State Zip Code

(401) 528-4281 (401) 528-4285

Phone Number Fax Number