IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) Misc. No. 1:06-M-28M
)
MARCEL BULLOCK )

**ORDER OF REMOVAL**

Defendant, MARCEL BULLOCK, having appeared before me on this 14th day of March, 2006, and having waived his right to an identity hearing pursuant to Rule 40, Federal Rules of Criminal Procedure, it is hereby

ORDERED

that defendant, MARCEL BULLOCK, is detained and is remanded to the custody of the United States Marshal for transfer to the Northern District of New York held in Albany.

BY ORDER:

Martha Saucier

DEPUTY CLERK

ENTER:

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge

DATE: 3-14-06