U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
MAR 17 2006
LAWRENCE K. BAERMAN, CLERK
ALBANY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**Date: March 15, 2006**

**IN RE: MARCEL BULLOCK**
**RI Case # 1:06-M-28M**

**Clerk's Office**
James T. Foley - U.S. Courthouse
445 Broadway, Room 509
Albany, NY 12207-2924

**Your Docket No. Sealed Case**

**Enclosed herein please find original/certified copies of the following:**

**[ X] Warrant of Arrest**
**[X] Complaint**
**[] Financial Affidavit**
**[X] Order appointing counsel**
**[] CJA 20 - Appointment of Counsel under CJA**
**[] Order setting bail**
**[X] Appearance Bond**
**[X] Order setting conditions of release**
**[X] Report of proceedings before U.S. Magistrate Judge/Minute Sheet**
**[] Waiver of preliminary hearing**
**[X] Waiver of Identity Hearing/Removal Hearing**
**[] Detention Order**
**[X] Commitment to Another District (AO 94)**
**[X] Order of Removal**
**[X] Copy of docket entries from this district**
**[X] Other: Entry of Appearance**

**Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return to this office:**

**Clerk's Office**
**U.S. District Court for the District of Rhode Island**
**John O. Pastore Building, Room 234**
**Two Exchange Terrace**
**Providence, Rhode Island 02903**

*Martha Saucier*
**Deputy Clerk**